```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF OKLAHOMA

JEFF MACDONALD, GUARDIAN OF ILSE      )
MACDONALD,                            )
                                      )
                  Plaintiff,          )
                                      )
vs.                                   ) Case No. 12-438-FHS
                                      )
EMERGENCY STAFFING SOLUTIONS, INC.    )
and WILLIAM VALUCK, D.O.,             )
                                      )
                  Defendants.         )
```

## OPINION AND ORDER

Before the court for its consideration is the Plaintiff's Motion to Determine the Non-Existence Of a Medicare Lien (Doc. 23). In this motion, Plaintiff has established Ilse MacDonald suffered a subarachnoid hemorrhage and as a result, incurred medical bills. Insurance paid her emergency room bills and a portion of her other medical bills. Medicare has paid some bills as well.

In the motion, Plaintiff sets forth the efforts made to ascertain from Medicare if it is asserting a lien. Medicare has failed to respond to the correspondence. Defendants have no objection to granting this motion.

Accordingly, the court grants Plaintiff's Motion to Determine the Non-Existence Of a Medicare Lien (Doc. 23) and finds Medicare has no liens for monies it has paid for medical expenses incurred by Ilse MacDonald as a result of her subarachnoid hemorrhage, which occurred on November 30, 2010.

IT IS SO ORDERED this 10th day of June, 2013.

/s/ Frank H. Seay
Frank H. Seay
United States District Judge